UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    23-07408 |
| Victor Wade, Jr. | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON MOTION TO VOLUNTARILY DISMISS CASE

This case coming before the Court on the Debtors Motion to Dismiss her case, IT IS HEREBY ORDERED that the case is dismissed.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  May 16, 2024

**Prepared by:**

David H. Cutler, ESQ
Counsel for the Debtor(s)
Cutler and Associates, Ltd.
4131 Main St.
Skokie, IL 60076
847-673-8600